```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| RAYMOND AIGBEKAEN, | Civ. No. 20-5732 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| WARDEN, | |
| Respondent. | |

**APPEARANCES**:

Raymond Aigbekaen
94655-379
Fort Dix Federal Correctional Institution
P.O. Box 2000
Joint Base MDL, NJ 08640

    Petitioner Pro Se

**HILLMAN, District Judge**

    WHEREAS, Movant Florence Ogansuyi filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on behalf of Raymond Aigbekaen asking for his release due to the COVID-19 pandemic, see ECF No. 1; and

    WHEREAS, the Court dismissed the next friend petition for lack of standing on May 15, 2020, see ECF No. 5; and

    WHEREAS, Petitioner now moves to reopen this matter and proceed on his own behalf in an amended petition, see ECF No. 7,

    IT IS on this  16th  day of June, 2020

    ORDERED that the Clerk shall reopen this matter and dismiss

Movant Florence Ogansuyi from the proceedings; and it is further

ORDERED that the Clerk shall serve a copy of the Motion for Bail, ECF No. 6; the Amended Petition, ECF No. 7; and this Order upon Respondent by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the Motion for Bail, Amended Petition, and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address:  USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that as promptly as possible under circumstances, and **at least within seven (7) days** of the date of the entry of this Order, Respondent shall file and serve an Answer which responds to the allegations and grounds in the Amended Petition and which includes all affirmative defenses Respondent seeks to invoke; and it is further

ORDERED that Respondent shall file and serve with the Answer certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

ORDERED that Petitioner may file a response to the answer within 14 days of receipt; and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey
          s/ Noel L. Hillman
          NOEL L. HILLMAN, U.S.D.J.